IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| LITESE JACKSON, | ) |
|          Plaintiff, | ) |
| v. | ) No. 6:16-CV-0196-MGL |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) |
|          Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' Motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation: **August 8, 2016**

    b. Cross Motions for Judgment and Joint Stipulation: **September 9, 2016**

    **c.** Replies: **September 14, 2016**

   **IT IS SO ORDERED**.

                                               s/Mary Geiger Lewis
                                               MARY GEIGER LEWIS
                                               UNITED STATES DISTRICT JUDGE

July 12, 2016
Columbia, South Carolina