IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| LITESE JACKSON, | ) |
|  Plaintiff, | ) |
| v. | ) No. 6:16-CV-0196-MGL |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) |
|  Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Second Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' Motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation: **October 7, 2016**

    b. Cross Motions for Judgment and Joint Stipulation: **November 8, 2016**

    **c.** Replies: **November 14, 2016**

**IT IS SO ORDERED**.

                                            s/Mary Geiger Lewis
                                            MARY GEIGER LEWIS
                                            UNITED STATES DISTRICT JUDGE

August 8, 2016
Columbia, South Carolina